IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH SINGLETON,                          :
                                          :
            Plaintiff,                    :    CIVIL ACTION
                                          :
    v.                                    :    No. 09-cv-1423
                                          :
LYNDALL MEDEARIS, JR., et al.,            :
                                          :
            Defendants.                   :

**ORDER**

AND NOW, this    28th    day of October, 2009, upon consideration of Defendants' Motions to Dismiss and Strike (Doc. Nos. 14 and 15) and Plaintiff's Responses thereto (Doc. Nos. 18 and 19), for reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motions are GRANTED in part and DENIED in part, as follows:

   (1) Defendant Medearis's Motion to Dismiss is GRANTED as to Count I, and thus, Count I is DISMISSED.

   (2) Plaintiff is granted leave to amend Count I of the Complaint.

   (3) Defendants' Motions to Dismiss are DENIED in all other regards.

   (4) Defendants' Motions to Strike are DENIED.

                                            BY THE COURT:


                                            s/J. Curtis Joyner
                                            J. CURTIS JOYNER, J.